JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANTONIO REY CARABAJAL,  )   NO. ED CV 11-1403 FMO
                        )
            Petitioner, )
                        )
        v.              )   **JUDGMENT**
                        )
K. HARRINGTON, Warden,  )
                        )
            Respondent. )
_____)

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 8th day of March, 2013.

                                        /s/
                          _____
                                Fernando M. Olguin
                             United States District Judge